1
2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza Suite 500
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334
7  Attorneys for United States of America
8

**FILED**
DISTRICT COURT OF GUAM
OCT 19 2005
MARY L.M. MORAN
CLERK OF COURT

9           IN THE UNITED STATES DISTRICT COURT
10              FOR THE DISTRICT OF GUAM      **05-00075**
11

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br><br><br><br><br><br><br><br><br>vs.<br><br><br><br><br><br><br><br><br><br><br><br><br><br>JIN YOUNG OH,<br><br>　　　　Defendant. | CRIMINAL CASE NO. _____<br><br>**INDICTMENT**<br><br>**CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 952(a), 960(b)(1)(H), and 963]<br>(Count I)<br><br>**IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 952(a) & 960(b)(1)(H), and 18 U.S.C. § 2]<br>(Count II)<br><br>**CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 841(a)(1),(b)(1)(A)(viii), and 846]<br>(Count III)<br><br>**POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE**<br>[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii)] and 18 U.S.C. § 2]<br>(Count IV) |

THE GRAND JURY CHARGES:

## COUNT I - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE

Between and on or about October 2005, the exact date unknown, to October 9, 2005, in the District of Guam and elsewhere, the defendant, JIN YOUNG OH and other unknown co-conspirators, did unlawfully, intentionally, and knowingly combine, conspire, confederate and agree together and with others, to import into the United States from a place outside thereof, approximately 2,078 grams, gross weight, of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, §§ 952(a), 960(b)(1)(H), and 963.

## COUNT II - IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE

On or about October 9, 2005, in the District of Guam and elsewhere, the defendant, JIN YOUNG OH, did unlawfully, intentionally, and knowingly import into the United States from a place outside thereof, approximately 2,078 grams, gross weight, of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, §§ 952(a) and 960(b)(1)(H), and Title 18, United States Code, § 2.

## COUNT III - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

Between and on or about October 2005, the exact date unknown, to October 9, 2005, in the District of Guam and elsewhere, the defendant, JIN YOUNG OH and other unknown co-conspirators, did unlawfully, intentionally, and knowingly combine, conspire, confederate and agree together and with others, to distribute approximately 2,078 grams, gross weight, of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1), (b)(1)(A)(viii) and 846.

//
//
//

## COUNT IV - POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE

On or about October 9, 2005, in the District of Guam, the defendant, JIN YOUNG OH, did unlawfully and knowingly possess with intent to distribute approximately 2,078 grams, gross weight, of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1), (b)(1)(A)(viii), and 18 United States Code, § 2.

Dated this 20th day of October, 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

3

# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number **05-00075**
Same Defendant __X__   New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __X__ No

Defendant Name _____Jin Young Oh_____

Allisas Name _____

Address _____

_____

Birth date __XX/XX/1970__ SS# __N/A__ Sex __M__ Race __A__ Nationality __Republic of South Korea__

**RECEIVED OCT 1 9 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA __Marivic P. David__

**Interpreter:** ____ No __X__ Yes   List language and/or dialect: __Korean__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ____4____   ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 952(a), 960(b)(1)(H) | CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE | 1 |
| Set 2 | 21 U.S.C. §§ 952(a) & 960(b)(1)(H); and 18 U.S.C. § 2 | IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE | 2 |
| Set 3 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846 | CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE | 3 |
| Set 4 | 21 U.S.C. §§ 841(A)(1) & (b)(1)(A)(viii); and 18 U.S.C. § 2 | POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE W/ INTENT TO DISTRIBUTE | 4 |

Date: __10/18/05__   Signature of AUSA: _____