DISTRICT COURT OF GUAM

TERRITORY OF GUAM



| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00075 |
|---|---|
| Plaintiff, | |
| vs. | O R D E R |
| **JIN YOUNG OH,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant in the above-entitled case *nunc pro tunc* to October 19, 2005.

Dated this 15th day of November, 2005.

JOAQUIN V.E. MANIBUSAN, Magistrate Judge
U.S. DISTRICT COURT OF GUAM

**ORIGINAL**