ORIGINAL



**FILED**
DISTRICT COURT OF GUAM
NOV 15 2005
MARY L.M. MORAN
CLERK OF COURT

JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JIN YOUNG OH

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 05-00075 |
|---|---|
| Plaintiff, | ) STIPULATION re CONTINUING TRIAL |
| vs. | ) DATE AND EXCLUDING TIME |
| JIN YOUNG OH, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant's trial presently scheduled for December 14, 2005, be continued to a date in February 2006, or a date convenient for the Court's calendar. The parties request this continuance as the government has not provided defendant with pertinent police reports. These reports are needed by defense counsel to determine the nature and viability of any pretrial motions. The parties further make this request as government counsel will be off-island during the time this matter is set for trial.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time period beginning and including December 15, 2005, to and including

_____, 2006, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

Therefore for the reasons set forth above, the parties respectfully submit that this continuance is in Mr. Oh's best interests, furthers judicial economy and efficiency and is in society's best interests. Mr. Oh has been consulted and concurs with the proposed continuance. Thus, the ends of justice are best served by this proposed continuance

IT IS SO STIPULATED:

DATED: Mongmong, Guam, November 14, 2005.

JOHN T. GORMAN
Attorney for Defendant
JIN YOUNG OH

MARIVIC P. DAVID
Attorney for Plaintiff
UNITED STATES OF AMERICA

2