JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JIN YOUNG OH

FILED
DISTRICT COURT OF GUAM
NOV 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00075 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER re |
| | ) | STIPULATION TO CONTINUE TRIAL |
| JIN YOUNG OH, | ) | |
| Defendant. | ) | |

The Stipulation filed on November 15, 2005, is HEREBY APPROVED and So ORDERED. The period commencing December 14, 2005, through February 13, 2006, inclusive, shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A). Trial shall commence on Monday, February 13, 2006 at 9:00 a.m. Pretrial motions shall be filed by January 9, 2006.

IT IS APPROVED AND SO ORDERED:

DATED: Hagatna, Guam, November 15, 2005

JOAQUIN V.E. MANIBUSAN, JR.
United States District Judge