# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Jin Young Oh,<br><br>    Defendant. | Case No. 1:05-cr-00075<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Appointment Order filed November 15, 2005,*** on the dates indicated below:

*U.S. Attorney's Office*       *Federal Public Defender*
*November 15, 2005*         *November 15, 2005*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order filed November 15, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 15, 2005         /s/ Virginia T. Kilgore
                     Deputy Clerk