JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JIN YOUNG OH

FILED
DISTRICT COURT OF GUAM

JAN 24 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00075 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUING TRIAL |
| | ) | AND EXCLUDING TIME |
| vs. | ) | |
| | ) | |
| JIN YOUNG OH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant's trial presently scheduled for February 13, 2006, be continued for 30 days to a date in March 2006, or a date convenient for the Court's calendar. The defendant requests this continuance because he is attempting to hire private counsel to represent him. Private counsel's office has contacted counsel for the defendant regarding a substitution of counsel, however negotiations have not been completed. The defendant requests this additional time to attempt to complete negotiations and hire private counsel.

ORIGINAL

IT IS FURTHER STIPULATED AND AGREED by and between parties that the time period beginning and including February 13, 2006 to and ~~the trial date set by court, 2006,~~ of ~~the~~ be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. 3161.

Therefore for the reasons set forth above, the parties respectfully submit that this continuance is in Mr. Oh's best interest, furthers judicial economy and efficiency and is in society's best interests. Mr. Oh has been consulted and concurs with the proposed continuance. Thus, the ends of justice are best served by this proposed continuance

IT IS SO STIPULATED:

DATED: Mongmong, Guam, January 24, 2006.

_____
ALEXANDER A. MODABER
Attorney for Defendant
JIN YOUNG OH

_____
MARIVIC P. DAVID
Attorney for Plaintiff
UNITED STATES OF AMERICA

2