JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JIN YOUNG OH

FILED
DISTRICT COURT OF GUAM
JAN 3 0 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00075 |
| Plaintiff, | ) | |
| vs. | ) | ORDER re: |
| | ) | STIPULATION TO CONTINUE TRIAL |
| JIN YOUNG OH, | ) | |
| Defendant. | ) | |

The Stipulation filed on January 24, 2006, is HEREBY APPROVED and So ORDERED. The period commencing February 13, 2006 through March 7, 2006, inclusive, shall be excluded pursuant to 18 U.S.C. §3161(h)(8)(A). Trial shall commence on March 7, 2006 at 9:00 a.m. Pretrial motions shall be filed by February 13, 2006.

**SO ORDERED** this 30th day of January 2006.

ORIGINAL

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge