FILED
DISTRICT COURT OF GUAM
FEB 14 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JIN YOUNG HO,<br><br>Defendant. | Criminal Case No. 05-00075<br><br><br><br>ORDER |

The hearing on the Defendant's Motion to Suppress Statements is hereby set for March 6, 2006, at 10:30 a.m. before the Honorable James L. Robart. The Government shall file its Opposition by February 15, 2006. Any Reply by the defendant shall be filed by February 22, 2006.

Dated this 14th day of February 2006.

_____
LARRY ALAN BURNS*
District Court of Guam

---

*The Honorable Larry Alan Burns, United States Senior District Judge for Southern District of California, by designation.