# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>vs.<br><br>Jin Young Oh,<br><br>    Defendant. | Case No. 1:05-cr-00075<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Setting Hearing filed February 14, 2006,* on the dates indicated below:

*U.S. Attorney's Office* *Federal Public Defender* *U.S. Probation Office* *U.S. Marshals Service*
*February 15, 2006*  *February 15, 2006*   *February 15, 2006*  *February 16, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Order Setting Hearing filed February 14, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 16, 2006        /s/ Marilyn B. Alcon
                   Deputy Clerk