JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JIN YOUNG OH

**FILED**
DISTRICT COURT OF GUAM
FEB 27 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00075 |
| Plaintiff, ) | STIPULATION TO CONTINUING TRIAL AND EXCLUDING TIME |
| vs. ) | |
| JIN YOUNG OH, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant's trial presently scheduled for March 7, 2006, be continued to May 15, 2006, or a date convenient for the Court's calendar. The defendant requests this continuance because he is attempting to hire private counsel to represent him. The defendant indicates that partial payment has been made to private counsel but additional time is needed to gather the remaining balance. The defendant requests this additional time to complete negotiations and hire private counsel.

A suppression hearing is scheduled in this matter for March 6, 2006. The parties are

ORIGINAL

ready to proceed with the Suppression hearing. The additional time will allow the court to issue it's decision regarding the matters raised in the suppression hearing and allow the defendant to hire counsel of his choice. Government counsel will be off-island from April 6, 2006 to April 11, 2006.

IT IS FURTHER STIPULATED AND AGREED by and between parties that the time period beginning and including February 13, 2006 to and May 15, 2006, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. 3161.

Therefore for the reasons set forth above, the parties respectfully submit that this continuance is in Mr. Oh's best interest, furthers judicial economy and efficiency and is in society's best interests. This continuance allows Mr. Oh to obtain counsel of his choice. Mr. Oh has been consulted and concurs with the proposed continuance. Thus, the ends of justice are best served by this proposed continuance

IT IS SO STIPULATED:

DATED: Mongmong, Guam, February 27, 2006.

ALEXANDER A. MODABER
Attorney for Defendant
JIN YOUNG OH

MARIVIC P. DAVID
Attorney for Plaintiff
UNITED STATES OF AMERICA