

FILED
DISTRICT COURT OF GUAM
FEB 27 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JIN YOUNG OH,<br><br>    Defendant. | Criminal Case No. 05-00075<br><br>**ORDER**<br><br>Referring Motion to Suppress to Magistrate Judge for Report and Recommendation |

On February 13, 2006, Defendant Jin Young Ho, filed a Motion to Suppress Statements. *See* Docket No. 13. Pursuant to 28 U.S.C. § 636(b)(1)(B), this motion is hereby referred to Magistrate Judge Manibusan to determine and make recommendation to the Court as to the appropriate disposition. The March 6, 2006 hearing on the motion and the March 7, 2006 trial date are hereby vacated. The briefing schedule as previously ordered remains in effect. Magistrate Judge Manibusan shall issue an order re-scheduling the evidentiary hearing on the motion at his convenience.

**SO ORDERED** this _____ day of February 27, 2006.

FRANCIS TYDINGCO-GATEWOOD*
United States District Judge

ORIGINAL