

**FILED**
DISTRICT COURT OF GUAM
MAR -9 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JIN YOUNG OH, <br><br> Defendant. | Criminal Case No. 05-00075 <br><br> ORDER |

The Defendant's Motion to Suppress is scheduled for March 13, 2006 at 1:30 p.m. before the Honorable James L. Robart.

SO ORDERED this 8th day of March, 2006.

*signature*

JAMES L. ROBART*
Designated Judge
District Court of Guam

---

*The Honorable James L. Robart, United States District Judge for the Western District of Washington, by designation.