JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JIN YOUNG OH

FILED
DISTRICT COURT OF GUAM
MAR -9 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 05-00075 |
|---|---|
| Plaintiff, | ) ORDER re: STIPULATION TO |
| | ) CONTINUE TRIAL AND EXCLUDE |
| vs. | ) TIME |
| JIN YOUNG OH, | ) |
| Defendant. | ) |

The Stipulation concerning the continuance of the trial filed on February 27, 2006 is HEREBY APPROVED and So ORDERED. The court finds the ends of justice are served by this continuance. The period commencing February 27, 2006 through May 15, 2006, inclusive, shall be excluded pursuant to 18 U.S.C. §3161(h)(8)(A). Trial shall commence on May 15, 2006 at 9:30 a.m.

///

**ORIGINAL**

Pretrial motions shall be filed by March 24, 2006.

**SO ORDERED** this 9th day of March, 2006.

JAMES L. ROBART[*]
Designated Judge
District Court of Guam

---

[*]The Honorable James L. Robart, United States District Judge for the Western District of Washington, by designation.

2