# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM _____

United States of America

V.

JIN YOUNG OH

**NOTICE**

CASE NUMBER: CR-05-00075

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | X CRIMINAL |

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. | |
|---|---|---|
| | DATE AND TIME | **FILED** DISTRICT COURT OF GUAM |
| TYPE OF PROCEEDING | | MAR 10 2006 |
| MOTION TO SUPPRESS STATEMENTS | | MARY L.M. MORAN CLERK OF COURT |

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue | Monday, March 13, 2006 at 1:30 p.m. | Monday, March 13, 2006 at 9:00 a.m. |

MARY L. M. MORAN, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 10, 2006
DATE

(BY) DEPUTY CLERK

TO:  U.S. Attorney's Office
     Federal Public Defender
     U.S. Probation Office
     U.S. Marshals Service