# FILED



DISTRICT COURT OF GUAM

MAR 13 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

**CASE NO. 05-00075**          **DATE: March 13, 2006**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| HON. JAMES L. ROBART, Designated Judge, Presiding | Law Clerk: None Present |
| Court Reporter: Wanda Miles | Courtroom Deputy: Leilani T. Hernandez / Virginia T. Kilgore |
| **Hearing Electronically Recorded - RUN TIME: 9:05:51-10:27:07** | CSO: B. Benavente |
| **10:43:00-11:06:33; 11:15:12-11:31:18** | |

* * * * * * * * * * * * * * * * * * * * *  **A P P E A R A N C E S**  * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: JIN YOUNG OH**                    **ATTY : ALEX MODABER**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.          ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY: MARIVIC DAVID**          **AGENT: JOHN DUENAS, Immigration & Customs Enforcement**

**U.S. PROBATION:  NONE PRESENT**          **U.S. MARSHAL: D. PUNZALAN / S. LUJAN / G. PEREZ**

**INTERPRETER:   DONG LEE**              **LANGUAGE:  KOREAN**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PROCEEDINGS:**          **MOTION TO SUPPRESS STATEMENTS**

**( X ) MOTION ARGUED BY    ( X ) GOVERNMENT    ( X ) DEFENDANT(s)**

**( X ) MOTION(s)  ___Granted   X Denied - No further written order will be forthcoming**

**( X ) WITNESSES SWORN AND EXAMINED    ( X ) EXHIBITS MARKED AND ADMITTED**
          SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)

**(  ) ORDER SUBMITTED  ____Approved        ____Disapproved**

**(  ) ORDER to prepared By:_____**

**(  ) PROCEEDINGS CONTINUED TO: _____ at _____**

**NOTES:**

**( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL**
**(  ) DEFENDANT RELEASED (  ) as previously ordered (   ) see Release Conditions-**
                                        next page

**Courtroom Deputy:** ____

# UNITED STATES DISTRICT COURT

DISTRICT OF          **GUAM**

**United States of America**

**v.**

**JIN YOUNG OH**

## EXHIBIT AND WITNESS LIST

Case Number: **CR-05-00075**

| PRESIDING JUDGE<br>**JAMES L. ROBART** | | | | PLAINTIFF'S ATTORNEY<br>**MARIVIC DAVID** | DEFENDANT'S ATTORNEY<br>**ALEX MODABER** |
|---|---|---|---|---|---|
| HEARING DATE (S)<br>March 13, 2006 | | | | COURT REPORTER<br>**WANDA MILES** | COURTROOM DEPUTY<br>LEILANI HERNANDEZ / VIRGINIA KILGORE |

| JOINT NO. | PLTF. NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **JOSEPH AGUIGUI GANGE, called and sworn** |
| | | | | | | DX by Ms. David |
| | 1 | | 3/13/06 | 3/13/06 | | Copy of the Bio page Jin Young Oh's passport |
| | 2 | | 3/13/06 | 3/13/06 | | Customs & Agriculture Declaration Form in English, 2 page |
| | 3 | | 3/13/06 | 3/13/06 | | Copy of Mr. Oh's Customs & Agriculture Declaration Form (Korean text) |
| | 4 | | 3/13/06 | 3/13/06 | | Picture of the speaker box, resting on a beige luggage |
| | 5 | | 3/13/06 | 3/13/06 | | Photo of the speaker box |
| | 6 | | 3/13/06 | 3/13/06 | | Photo of the speaker that Mr. Ganger attempted to remove the cover |
| | 7 | | 3/13/06 | 3/13/06 | | Side photo of the speaker (same speaker in Government Exhibit #5) |
| | 8 | | 3/13/06 | 3/13/06 | | Photo of the rear side of the speaker w/ wire |
| | | | | | | 9:30:39 End DX |
| | | | | | | CX by Mr. Modaber |
| | | | | | | 9:52:02 End CX |
| | | | | | | Re-DX by Ms. David |
| | 9 | | 3/13/06 | 3/13/06 | | Statement of Rights |
| | 10 | | 3/13/06 | 3/13/06 | | Photo of narcotics |
| | 11 | | 3/13/06 | 3/13/06 | | Customs & Quarantine Agency, Guam Preliminary Report |
| | | | | | | 9:55:03 End Re-DX; no further examination |
| | | | | | | Witness excused |
| | | | | | | **DANNY CHO, called and sworn** |
| | | | | | | DX by Ms. David |
| | 9 | | 3/13/06 | 3/13/06 | | Statement of Rights |
| | | | | | | *10:43:00 Parties stipulated as to the translator, Dong Lee's presence in the courtroom and that she acknowledged that Exhibit 9 which was read and translated into the Korean language by Danny Cho was accurate.* |
| | | | | | | *Government moved to admit Exhibits 1 through 9. No objection. GRANTED. Parties further stipulated that the time between 4:55 a.m. and 7:05 a.m. defendant was detained and nothing occurred.* |
| | | | | | | **10:45:43 JIN YOUNG OH, called and sworn** |
| | | | | | | DX by Mr. Modaber |
| | 9 | | 3/13/06 | 3/13/06 | 3/13/06 | Statement of Rights |
| | | | | | | 10:51:00 End of DX |
| | | | | | | CX by Ms. David |
| | 9 | | 3/13/06 | 3/13/06 | 3/13/06 | Statement of Rights |
| | | | | | | 10:51:39 End of CX |
| | | | | | | Re-DX by Mr. Modaber |

Page -1-

| PRESIDING JUDGE JAMES L. ROBART | | | | | PLAINTIFF'S ATTORNEY MARIVIC DAVID | DEFENDANT'S ATTORNEY ALEX MODABER |
|---|---|---|---|---|---|---|
| HEARING DATE (S) March 13, 2006 | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY LEILANI HERNANDEZ / VIRGINIA KILGORE |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 9 | | 3/13/06 | 3/13/06 | 3/13/06 | Statement of Rights  (Orally translated into Korean language by interpreter) |
| | | | | | | 10:57:20 End of Re-DX |
| | | | | | | Re-CX by Ms. David |
| | | | | | | 10:57:58 Witness Excused |
| | | | | | | 10:58:45 Closing Argument by Ms. David |
| | | | | | | 11:00:45 Closing Argument by Mr. Modaber |

Page -2-