LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Jin Young Oh*

FILED
DISTRICT COURT OF GUAM
MAR 24 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00075 |
| vs. | SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE |
| JIN YOUNG OH, | |
| Defendant. | |

**JIN YOUNG OH** substitutes **LUJAN AGUIGUI & PEREZ LLP** as his counsel in the place of **FEDERAL PUBLIC DEFENDER**.

Dated this __23__ day of March, 2006.

By: _____
JIN YOUNG OH

**FEDERAL PUBLIC DEFENDER** agrees to the substitution.

Dated this __24th__ day of March, 2006.

FEDERAL PUBLIC DEFENDER

By: _____
JOHN GORMAN, ESQ.

| | |
|---|---|
| 1 | **LUJAN AGUIGUI & PEREZ** LLP accepts the substitution and enters its appearance for |
| 2 | **JIN YOUNG OH**. |
| 3 | Dated this 23RD day of March, 2006. |

                              **LUJAN AGUIGUI & PEREZ** LLP

                              By: _____
                                   **DAVID J. LUJAN, ESQ.**

Page 2 of 2

USA v. Jin Young Oh
Criminal Case No. CR05-00075
Substitution of Counsel

Case 1:05-cr-00075   Document 28   Filed 03/24/2006   Page 2 of 2