**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for JIN YOUNG OH*

FILED
DISTRICT COURT OF GUAM
MAR 24 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE CR05-00075 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JIN YOUNG OH, | ) | |
| Defendant. | ) | |

Pursuant to the stipulation between the Defendant, the Office of the Federal Public Defender, and the proposed defense counsel, it is hereby ORDERED that the Law Office of LUJAN AGUIGUI & PEREZ LLP shall proceed as retained counsel for the Defendant in place of the Federal Public Defender.

SO ORDERED this 24th day of March 2006.

*/s/ Joaquin V.E. Manibusan, Jr.*
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL

ORDER
USA vs. Jin Young Oh
CR05-00075