DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL


FILED
DISTRICT COURT OF GUAM
MAY -3 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. 05-00075**  **DATE: 05/03/2006**

***

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding**   Law Clerk: Judith Hattori
Court Recorder: Marilyn Alcon   Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 9:12:19 - 9:46:34**   CSO: F. Tenorio

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **A P P E A R A N C E S** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: JIN YOUNG OH**   **ATTY : PETER PEREZ**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.   ( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY: MARIVIC DAVID**   **AGENT:**

**U.S. PROBATION: STEPHEN GUILLIOTT**   **U.S. MARSHAL: C. MARQUEZ**

**INTERPRETER: DONG LEE**   **LANGUAGE: KOREAN**

***

## PROCEEDINGS: CHANGE OF PLEA

( X ) DEFENDANT SWORN AND EXAMINED: AGE: ___   HIGH SCHOOL COMPLETED: HIGH SCHOOL
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: COUNTS II AND III
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: MAY 1, 2006   PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( X ) STATUS HEARING: AUGUST 2, 2006 at 2:00 P.M.
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( X ) DEFENDANT TO REMAIN IN CUSTODY

**NOTES:**

Pen and ink changes made to the plea agreement. Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. The Court executed the Report and Recommendation.