FILED

DISTRICT COURT OF GUAM

MAY - 3 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00075 |
| Plaintiff, | ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| vs. | ) | **CONCERNING PLEAS OF GUILTY** |
| | ) | **IN A FELONY CASE** |
| JIN YOUNG OH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, by consent, has appeared before me pursuant to Rule 11 of the Federal

rules of Criminal Procedure, and has entered a pleas of guilty to Counts II and III of an

Indictment charging him with Importation of approximately 2,078 grams, gross weight,

of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 952(a) and 960(b)(1)(H) and

18 U.S.C. § 2, and Conspiracy to Distribute approximately 2,078 grams, gross weight, of

Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii),

and 846. After examining the defendant under oath, I have determined that the defendant is

fully competent and capable of entering informed pleas, that the guilty pleas were intelligently,

knowingly and voluntarily made, and that the offenses charged are supported by an independent

///

///

///

**ORIGINAL**

1  bases in fact establishing each of the essential elements of such offenses. I therefore

2  recommend that the pleas of guilty be accepted and that the defendant be adjudged guilty and

3  have sentence imposed accordingly.

4      IT IS SO RECOMMENDED.

5      DATED this 3rd day of May 2006.

                    JOAQUIN V.E. MANIBUSAN, JR.
                    United Stated Magistrate Judge

### NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**