**FILED**
DISTRICT COURT OF GUAM
MAY 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JIN YOUNG OH,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00075<br><br>**ORDER ACCEPTING PLEAS OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF STATUS CONFERENCE** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to Counts II and III of an Indictment charging him with Importation of approximately 2,078 grams, gross weight, of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 952(a) and 960(b)(1)(H) and 18 U.S.C. § 2, and Conspiracy to Distribute approximately 2,078 grams, gross weight, of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846, are now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for status conference on **August 2, 2006 at 2:00 p.m.**

IT IS SO ORDERED.

DATED this 17 day of May 2006.

JOHN C. COUGHENOUR[*]
District Judge

---

[*] The Honorable John C. Coughenour, United States District Judge for the Western District of Washington, sitting by designation.