LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG -2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00075 |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE** |
| ) | **STATUS CONFERENCE** |
| vs. ) | |
| ) | |
| JIN YOUNG OH, ) | |
| ) | |
| Defendant. ) | |

Comes now the parties, United States of America, by and through the undersigned attorneys, and Defendant, JIN YOUNG OH, by and through his attorney, PETER C. PEREZ, and

//
//
//
//
//
//
//
//

hereby stipulate and request that the status conference currently set for August 2, 2006, be continued approximately four (4) months thereafter to be set by the Court.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

8/2/06
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

8/2/06
Date

PETER C. PEREZ
Attorney for Defendant

2