ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG -2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ) <br> ) <br> JIN YOUNG OH, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 05-00075 <br><br> **ORDER** <br> **Re: August 2, 2006** <br> **Stipulation of Parties** |

Based on the Stipulation of Parties filed August 2, 2006, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the status conference is continued to December 5, 2006, at 2:30 p.m.

DATE: August 2, 2006

JAMES WARE
Designated Judge
District Court of Guam