LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 29 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JIN YOUNG OH, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00075 <br><br> **STIPULATION OF PARTIES TO CONTINUE STATUS CONFERENCE** |

Comes now the parties, United States of America, by and through the undersigned attorneys, and Defendant, JIN YOUNG OH, by and through his attorney, Peter C. Perez, and hereby stipulate and request that the status conference currently set for

//
//
//
//
//
//
//
//

December 5, 2006 be continued approximately three (3) months thereafter to be set by the Court.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 11-29-06        By: /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney

DATE: 11/29/06        /s/ Peter C. Perez
PETER C. PEREZ
Attorney for Defendant

2