LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

DEC - 4 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00075 |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | Re: 2nd Stipulation of Parties to |
| JIN YOUNG OH, ) | Continue Status Conference |
| Defendant. ) | |

Based on the Stipulation of Parties filed November 29, 2006, in the above-captioned matter, and the court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the status conference presently scheduled for December 5, 2006, is continued to March 6, 2007, at 2:30 p.m.

Date: December ___, 2006

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

**ORIGINAL**