LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR - 5 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00075 ~~05-00073~~ |
| Plaintiff, | ) | **STIPULATION OF PARTIES TO VACATE STATUS HEARING, AND SET SENTENCING** |
| vs. | ) | |
| JIN YOUNG OH, | ) | |
| Defendant. | ) | |

The parties in the above-entitled matter, the United States of America, the defendant, and his counsel, Peter C. Perez, Esq., hereby stipulate to vacate the status hearing, now scheduled for

//
//
//
//
//
//
//

| | |
|---|---|
| 1 | March 6, 2007, and set this case for sentencing as soon as the Court's schedule permits. |
| 2 | SO STIPULATED. |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 3/2/07

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

DATED: 3/5/07

_____
PETER C. PEREZ, Esq.
Attorney for Defendant

-2-