LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00075 |
|---|---|
| Plaintiff, | ) **O R D E R** |
| vs. | ) **Re: Stipulation of Parties** |
| | ) **To Vacate Status Hearing and** |
| JIN YOUNG OH, | ) **Set Sentencing Date** |
| Defendant. | ) |

Based on the Stipulation of Parties filed March 5, 2007, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the March 6, 2007, status hearing is vacated, and that sentencing is set for June 19, 2007, at 11:00 a.m. The presentence report shall be provided to the parties no later than May 15, 2007. The parties shall file their responses to the presentence report no later than May 29, 2007. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than June 12, 2007.

DATE: March 6, 2007



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**