ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUN -5 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> ) <br> JIN YOUNG OH, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00075 <br><br> GOVERNMENT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT; AND MOTION FOR ADDITIONAL ONE-LEVEL DEPARTURE FOR ACCEPTANCE OF RESPONSIBILITY |

Comes now the United States and adopts the findings of the Presentence Investigation Report ("PSR") with the following notations:

1. The PSR should reflect that on February 13, 2006, the defendant caused to file a motion to suppress statements. The suppression hearing was held before Honorable James L. Robart on March 13, 2006. After hearing testimony from witnesses, the court orally denied the defendant's motion.

2. The defendant has assisted authorities in the investigation and prosecution of his own misconduct by notifying authorities of his intention to enter a plea of guilty, thereby permitting the

government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently. Under USSG § 3E1.1(b), an additional one-level decrease for acceptance of responsibility is warranted. Paragraph 41 of the PSR should reflect a total three-level decrease for acceptance of responsibility. Thus, the total offense level should be 35 and, with Criminal History Category I, the applicable advisory guideline range is 168 to 210 months.

Dated this 5th day of June 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: MARIVIC P. DAVID
Assistant U.S. Attorney