ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN 13 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00075 |
| Plaintiff, | |
| vs. | **STIPULATION OF PARTIES TO CONTINUE SENTENCING** |
| JIN YOUNG OH, | |
| Defendant. | |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, JIN YOUNG OH, by and through his attorney, Peter C. Perez, and hereby stipulate and request to continue the Sentencing hearing currently set for June 19, 2007, to a date convenient to the Court sometime on or after July 16, 2007. The parties make this request for the reason that Task Force Agent Erwin Fejeran of the U.S. Immigration and Customs Enforcement is scheduled to attend off-island training in Washington, D.C. during June 17 - 21, 2007, and the government intends to call him as a witness during the sentencing hearing. Also, government counsel will be unavailable from June 28, 2007 to July 6, 2007.

//
//
//

As well, defense counsel will require such additional time to review and respond to the presentence investigation report.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

6/12/07
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

6/12/07
Date

PETER C. PEREZ
Attorney for Defendant

2