LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00075 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | **Re: Stipulation of Parties** |
| JIN YOUNG OH, | ) | |
| Defendant. | ) | |

Based on the Stipulation of Parties filed June 12, 2007, in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the sentencing hearing currently set for June 19, 2007, be continued to July 30, 2007, at 9:30 a.m. The Court notes that responses to the PSR were due on May 29, 2007. Counsel for the Defendant has indicated in the Stipulation that he needs more time to file his response. He has not moved for additional time to file such a response. Accordingly, unless counsel can show why the court should accept an untimely response, no late filings will be accepted.

**So Ordered.**

/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
    **Dated: Jun 15, 2007**