LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Jin Young Oh*

FILED
DISTRICT COURT OF GUAM
JUL 17 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00075 |
| vs. | **STIPULATION FOR CONTINUANCE OF SENTENCING HEARING** |
| JIN YOUNG OH, | |
| Defendant. | |

The parties herein stipulate to continuing the sentencing hearing currently set for July 30, 2007 to a date no earlier than thirty (30) days later. This continuance is requested by the defense for the reasons stated in the Justification for continuing the sentencing hearing.

IT IS SO STIPULATED this 13th day of July, 2007.

| LUJAN AGUIGUI & PEREZ LLP | LEONARDO M. RAPADAS<br>UNITED STATES ATTORNEY<br>DISTRICTS OF GUAM AND NMI |
|---|---|
| /s/ *signature* | /s/ *signature* |
| **PETER C. PEREZ, ESQ.**<br>*Attorney for Defendant* | **MARIVIC P. DAVID, ESQ.**<br>Assistant U.S. Attorney |

O-0006A/610-00A/0610/PCP: wj

ORIGINAL