LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Jin Young Oh*

FILED
DISTRICT COURT OF GUAM

JUL 1 8 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00075 |
| vs. | **JOINT APPLICATION TO SEAL JUSTIFICATION FOR CONTINUING SENTENCING** |
| JIN YOUNG OH, | |
| Defendant. | |

The United States of America, by and through Assistant United States Attorney Marivic P. David, Esq. and Defendant, Jin Young Oh, by and through counsel, Peter C. Perez, Esq. of LUJAN AGUIGUI & PEREZ LLP, hereby move this Honorable Court for an order sealing the Justification for Continuing Sentencing in the above-entitled case for the reason that references to investigation efforts may be hindered if public disclosure is made.

Respectfully submitted this 18th day of July, 2007.

**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam NMI

_____
**MARIVIC P. DAVID, ESQ.**
*Assistant United States Attorney*

**LUJAN AGUIGUI & PEREZ LLP**

_____
**PETER C. PEREZ, ESQ.**
*Attorneys for Defendant*

O-0006A/610-00A/0610/PCP: wj