**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Jin Young Oh*

# IN THE UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00075 |
| vs. | **ORDER RE: JOINT APPLICATION TO SEAL JUSTIFICATION FOR CONTINUING SENTENCING** |
| JIN YOUNG OH, | |
| Defendant. | |

For good cause shown, the Joint Application to file the Justification for Continuing Sentencing under seal is hereby granted.

**SO ORDERED**.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jul 24, 2007**