LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Jin Young Oh*

FILED
DISTRICT COURT OF GUAM
AUG 24 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> vs. <br><br> JIN YOUNG OH, <br><br> Defendant. | CRIMINAL CASE NO. CR05-00075 <br><br> **STIPULATION FOR CONTINUANCE OF SENTENCING HEARING** |

The parties herein stipulate to continuing the sentencing hearing currently set for August 29, 2007 to a date no earlier than thirty (30) days later. This continuance is requested by the defense for the reasons stated in the Justification for continuing the sentencing hearing.

IT IS SO STIPULATED this 23rd day of August, 2007.

LUJAN AGUIGUI & PEREZ LLP

_____
PETER C. PEREZ, ESQ.
*Attorney for Defendant*

LEONARDO M. RAPADAS
UNITED STATES ATTORNEY
DISTRICTS OF GUAM AND NMI

_____
MARIVIC P. DAVID, ESQ.
Assistant U.S. Attorney

O-0006A/610-00A/0610/PCP: wj

ORIGINAL