
LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Jin Young Oh*

# IN THE UNITED STATES DISTRICT COURT

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JIN YOUNG OH,<br><br>Defendant. | CRIMINAL CASE NO. CR05-00075<br><br>**MOTION TO FILE JUSTIFICATION FOR CONTINUANCE UNDER SEAL** |

Counsel for the Defendant moves this Court to file the Justification for Continuance submitted contemporaneously herewith, under seal.

Dated this 23rd day of August, 2007.

LUJAN AGUIGUI& PEREZ LLP

By: /s/ *[signature]*

PETER C. PEREZ, ESQ.
*Attorney for Defendant*

O-0006A/610-00A/0610/PCP: wj

ORIGINAL