**LUJAN AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Jin Young Oh*

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00075 |
| vs. | **ORDER GRANTING CONTINUANCE OF SENTENCING HEARING** |
| JIN YOUNG OH. | |
| Defendant. | |

The Court having reviewed the Stipulation for Continuance of Sentencing Hearing and the Justification for Continuing the Sentencing Hearing, IT IS HEREBY ORDERED that the Sentencing Hearing currently set for August 29, 2007 at 1:30 p.m. is continued to October 2, 2007 at 9:30 a.m. This will be the last of such continuances granted.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Aug 24, 2007**