LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Jin Young Oh*

**FILED**
DISTRICT COURT OF GUAM
SEP 2 4 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JIN YOUNG OH,<br><br>Defendant. | CRIMINAL CASE NO. CR05-00075<br><br>**STIPULATION FOR CONTINUANCE OF SENTENCING HEARING** |

The parties herein stipulate to continuing the sentencing hearing currently set for October 2, 2007 to a date no earlier than thirty (30) days later. This continuance is requested by defense for the reasons stated in the Justification for continuing the sentencing hearing.

IT IS SO STIPUALTED this 24th day of September, 2007.

LUJAN AGUIGUI & PEREZ LLP

_____
PETER C. PEREZ, ESQ.
Attorneys for Defendant

LEONARD M. RAPADAS
UNITED STATES ATTORNEY
DISTRICT OF GUAM AND NMI

_____
MARIVIC P. DAVID, ESQ.
Assistant Attorney General

O-0006A/610-00A/0610/PCP/dmg