LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Jin Young Oh*


**FILED**
DISTRICT COURT OF GUAM

SEP 24 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JIN YOUNG OH,<br><br>Defendant. | CRIMINAL CASE NO. CR05-00075<br><br>**JOINT APPLICATION TO SEAL JUSTIFICATION FOR CONTINUANCE** |

The United States of America, by and through Assistant United States Attorney Marivic P. David, Esq. and Defendant, Jin Young Oh, by and through counsel, Peter C. Perez, Esq. of LUJAN AGUIGUI & PEREZ LLP, hereby move this Honorable Court for an order sealing the Justification for Continuing Sentencing in the above-entitled case for the reason that references to investigation efforts may be hindered if public disclosure is made.

Respectfully submitted this 24th day of September, 2007.

LUJAN AGUIGUI & PEREZ LLP

_____
**PETER C. PEREZ, ESQ.**
Attorneys for Defendant

O-0006A/610-00A/0610/PCP/

**LEONARD M. RAPADAS**
**UNITED STATES ATTORNEY**
**DISTRICT OF GUAM AND NMI**

_____
**MARIVIC P. DAVID, ESQ.**
Assistant Attorney General