**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Jin Young Oh*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JIN YOUNG OH,<br><br>　　　　　　　Defendant. | CRIMINAL CASE NO. CR05-00075<br><br>**ORDER GRANTING CONTINUANCE OF SENTENCING HEARING** |

The Court having reviewed the Stipulation for Continuance of Sentencing Hearing and the Justification for Continuing the Sentencing Hearing, IT IS HEREBY ORDERED that the Sentencing Hearing currently set for October 2, 2007 at 9:30 p.m. is continued to November 14, 2007 at 9:30 a.m.

SO ORDERED.

　　　　　　　　　　　　　　　　　　**/s/ Frances M. Tydingco-Gatewood**
　　　　　　　　　　　　　　　　　　　　　**Chief Judge**
　　　　　　　　　　　　　　　　　　**Dated: Sep 25, 2007**