# UNITED STATES DISTRICT COURT

DISTRICT OF _____ **GUAM**

**UNITED STATES OF AMERICA**

## NOTICE

V.

**JIN YOUNG OH**

CASE NUMBER:  **CR-05-00075**

TYPE OF CASE:

☐ **CIVIL**     **X   CRIMINAL**

☐   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|-------|----------|
|       | DATE AND TIME |

TYPE OF PROCEEDING

### SENTENCING

**X   TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|-------|-----------------------------------|----------------------------|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | November 14, 2007 at 9:30 A.M. | November 16, 2007 at 8:30 A.M. |

JEANNE G. QUINATA, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

_____ November 13, 2007 _____

DATE

Virginia T. Kilgore

/s/ (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
          Lujan, Aguigui and Perez LLP
          U.S. Probation Office
          U.S. Marshals Service