LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Jin Young Oh*

FILED
DISTRICT COURT OF GUAM
NOV 13 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00075 |
| vs. | NOTICE OF ERRATA |
| JIN YOUNG OH, | |
| Defendant. | |

On November 9, 2007 Defendant Jin Young Oh's counsel inadvertently cited in his Defendant's Presentence Report Responses *United States v. Khoury*, 63 F.3d 1138, 1141 (9th Cir. 1995) and *United States v. Treleaven*, 458 F.3d 458 (9th Cir. 1994), which should be cited as follows:

1. *United States v. Khoury*, 62 F.3d 1138, 1141 (9th Cir. 1995); and
2. *United States v. Treleaven*, 35 F.3d 458 (9th Cir. 1994).

Dated this 13th day of November, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: /s/
PETER C. PEREZ, ESQ.
*Attorneys for Defendant Jin Young Oh*

O-0006A/610-00A/0610/PCP: wdj

ORIGINAL