AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**JIN YOUNG OH**     CASE NUMBER: **CR-05-00075**

TYPE OF CASE:

☐ CIVIL     **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | November 16, 2007 at 1:30 P.M. | December 17, 2007 at 1:30 P.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 14 2007     Virginia T. Kilgore
DATE     /s/ (BY) DEPUTY CLERK

TO:    U.S. Attorney's Office
         Lujan, Aguigui and Perez LLP
         U.S. Probation Office
         U.S. Marshals Service