LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Jin Young Oh*

FILED
DISTRICT COURT OF GUAM
NOV 15 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> vs. <br><br> JIN YOUNG OH, <br><br> Defendant. | CRIMINAL CASE NO. CR05-00075 <br><br> **DEFENDANT OH'S APPLICATION TO SEAL DEFENDANT'S SENTENCING EXHIBITS** |

Defendant, Jin Young Oh, by and through counsel, Peter C. Perez, Esq. of LUJAN AGUIGUI & PEREZ LLP, moves this Honorable Court for an order sealing Defendant's Sentencing Exhibits in the above-entitled case for the reason that references to investigations by the government and possible targets are noted and further cooperation and/or investigation efforts may be hindered if public disclosure is made.

Respectfully submitted this 13th day of November, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: /s/ Peter C. Perez

PETER C. PEREZ, ESQ.
*Attorney for Defendant Jin Young Oh*

O-0006A/610-00A/0610/PCP: wdj

ORIGINAL