


| | |
|---|---|
| 1<br>2<br>3<br>4 | **LUJAN AGUIGUI & PEREZ LLP**<br>Attorneys at Law<br>Pacific News Building, Suite 300<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910<br>Telephone (671) 477-8064/5<br>Facsimile (671) 477-5297 |

**FILED**
DISTRICT COURT OF GUAM

NOV 15 2007

JEANNE G. QUINATA
Clerk of Court

*Attorneys for Defendant Jin Young Oh*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00075 |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF COUNSEL** |
| JIN YOUNG OH, | |
| Defendant. | |

1. I am the attorney for the defendant, Jin Young Oh, who awaits sentencing by the Court.

2. The defense intends to lodge for this Court's sentencing consideration a packet of sentencing exhibits.

3. Included among these exhibits are confidential investigatory records and other material and information referring and relating to or concerning government investigations and/or defendant cooperation efforts, the disclosure of which may compromise government investigations and/or further cooperation efforts by the defendant.

4. Accordingly, an Application to Seal Defendant's Sentencing Exhibits is submitted concurrently herewith and it is respectfully requested that permission be granted to file these exhibits under seal.

I declare under penalty of perjury, that the foregoing is true and correct.

Dated this 13 day of November, 2007.

LUJAN AGUIGUI & PEREZ LLP

/s/ Peter C. Perez

**PETER C. PEREZ, ESQ.**
Attorneys for Defendant

O-0006A/610-00A/0610/PCP/

---

2

USA vs. Jin Young Oh
Criminal Case No. CR0500075
Declaration of Counsel