1   **LUJAN AGUIGUI & PEREZ** LLP
    Attorneys at Law
2   DNA Building, Suite 300
    238 Archbishop Flores Street
3   Hagåtña, Guam 96910
    Telephone (671) 477-8064/5
4   Facsimile (671) 477-5297

5   *Attorneys for Defendant Jin Young Oh*

6

7               **IN THE UNITED STATES DISTRICT COURT**

8                  **FOR THE DISTRICT OF GUAM**

9   UNITED STATES OF AMERICA,          CRIMINAL CASE NO. CR05-00075

10

11              vs.                    **ORDER RE: DEFENDANT OH'S**
                                       **APPLICATION TO SEAL DEFENDANT'S**
12  JIN YOUNG OH,                      **SENTENCING EXHIBITS FILED**
                                       **NOVEMBER 15, 2007**
13                  Defendant.

14

15      Defendant's Application to Seal Defendant's Sentencing Exhibits filed on November 15,

16  2007 is hereby granted.

17      So Ordered.

18

19                                     **/s/ Frances M. Tydingco-Gatewood**
                                          **Chief Judge**
20                                     **Dated: Nov 16, 2007**

21

22

23

24  O-0006A/610-00A/0610/PCP: wdj

25

26

27

28