LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America



FILED
DISTRICT COURT OF GUAM

DEC 1 3 2007   1018 CM

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00075 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION OF PARTIES** |
| | ) | **TO CONTINUE SENTENCING** |
| vs. | ) | |
| JIN YOUNG OH, | ) | |
| Defendant. | ) | |

Comes now the parties, United States of America, by and through the undersigned

attorneys, and defendant, JIN YOUNG OH, by and through his attorney, Peter C. Perez, and

hereby stipulate and request to continue the Sentencing currently rescheduled for December 17,

2007, to a date convenient to the Court sometime after the first week of January 2008. The

parties make this request because of defense scheduling conflicts.

Further, the government anticipates Erwin Fejeran, Task Force Agent of U.S.

Immigration and Customs Enforcement, and Ken Bowman, Special Agent of the Drug

Enforcement Administration may be called as witnesses for the hearing. Agent Bowman will be

off-island during December 19-30, 2007. Agent Fejeran is currently enrolled at the Federal Law

Enforcement Training Center outside of Brunswick, Georgia, and his return to Guam is not

ORIGINAL

expected until after early March 2008. A video teleconference for Agent Fejeran's testimony in Georgia will be necessary for the hearing which should be scheduled 8:30 a.m. or 9:00 a.m. to allow for the different time zones.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

12/11/07
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

12/12/07
Date

PETER C. PEREZ
Attorney for Defendant

2