ohcontinueord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00075 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| JIN YOUNG OH, | ) | |
| Defendant. | ) | |

This matter came before the Court on a stipulated motion by the parties to continue sentencing, which is presently set for December 17, 2007.

IT IS SO ORDERED that sentencing of this matter shall be set to January 10, 2008, at 9:30 a.m.

**/s/ Frances M. Tydingco-Gatewood**
 **Chief Judge**
**Dated: Dec 13, 2007**