LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 0 9 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00075 |
| Plaintiff, ) | |
| ) | **STIPULATION OF PARTIES** |
| ) | **TO CONTINUE SENTENCING** |
| vs. ) | |
| JIN YOUNG OH, ) | |
| Defendant. ) | |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, JIN YOUNG OH, by and through his attorney, Peter C. Perez, and hereby stipulate and request to reschedule the Sentencing currently set for Thursday, January 10, 2008 at 10:30 a.m. approximately three (3) months thereafter to a date convenient to the Court and sometime during the early morning session.

The parties make this request for the reasons set forth in the Justification for Continuing Sentencing; as well, the government anticipates Erwin Fejeran, Task Force Agent of U.S. Immigration and Customs Enforcement may be called as a witness for the hearing. Agent Fejeran is currently enrolled at the Federal Law Enforcement Training Center outside of Brunswick, Georgia, and a video teleconference for Agent Fejeran's testimony in Georgia will be

necessary for the hearing which should be scheduled 8:30 a.m. or 9:00 a.m. to allow for the different time zones.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

1/8/08
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

1/9/08
Date

PETER C. PEREZ
Attorney for Defendant

2