LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Jin Young Oh*

FILED
DISTRICT COURT OF GUAM

JAN 0 8 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JIN YOUNG OH,<br><br>Defendant. | CRIMINAL CASE NO. CR05-00075<br><br>**DEFENDANT JIN YOUNG OH'S APPLICATION TO SEAL SUPPLEMENTAL SENTENCING EXHIBITS** |

Defendant, Jin Young Oh, by and through counsel, Peter C. Perez, Esq. of Lujan Aguigui & Perez LLP, moves this Honorable Court for an order sealing Defendant's Supplemental Sentencing Exhibits in the above-entitled case for the reason that references to investigations by the government and possible targets are noted and further cooperation and/or investigation efforts may be hindered if public disclosure is made.

Respectfully submitted this 7th day of January, 2008.

LUJAN AGUIGUI & PEREZ LLP

By: /s/ Peter C. Perez

**PETER C. PEREZ, ESQ.**
*Attorneys for Defendant Jin Young Oh*

O-0006A/610-00A/0610/PCP/dmg