LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Jin Young Oh*

**FILED**
DISTRICT COURT OF GUAM

JAN 0 8 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JIN YOUNG OH,<br>               Defendant. | CRIMINAL CASE NO. CR05-00075<br><br>**SUPPLEMENTAL DECLARATION OF COUNSEL** |

1. I am the attorney for the Defendant, Jin Young Oh, who awaits sentencing by the Court.

2. In an Order issued on November 16, 2007, this Court allowed the Defendant to seal sentencing exhibits filed on November 15, 2007.

3. The Defendant requests permission to seal supplemental sentencing exhibits which exhibits include information pertaining to Korean government investigations related to the instant case, the disclosure of which may compromise government investigations and/or further cooperation efforts by the Defendant.

4. Accordingly, an Application to Seal Defendant's Supplemental Sentencing Exhibits is submitted concurrently herewith and it is respectfully requested that permission be granted to file these exhibits under seal.

I declare under penalty of perjury, that the foregoing is true and correct.

Dated this 7th day of January, 2008.

LUJAN AGUIGUI & PEREZ LLP

By: *[signature]*
PETER C. PEREZ, ESQ.

O-0006A/610-00A/0610/PCP/dmg

2

*USA vs. Jin Young Oh,*
Criminal Case No. CR05-00075
Supplemental Declaration of Counsel
Case 1:05-cr-00075   Document 77   Filed 01/08/2008   Page 2 of 2