**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Jin Young Oh*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>JIN YOUNG OH,<br><br>      Defendant. | CRIMINAL CASE NO. CR05-00075<br><br>**ORDER RE: DEFENDANT JIN YOUNG OH'S APPLICATION TO SEAL SUPPLEMENTAL SENTENCING EXHIBITS FILED ON JANUARY 8, 2008** |

Defendant Jin Young Oh's Application to Seal Supplemental Sentencing Exhibits filed on January 8, 2008 is hereby granted.

So Ordered.

             **/s/ Frances M. Tydingco-Gatewood**
                **Chief Judge**
             **Dated: Jan 09, 2008**