ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 17 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00075 |
| Plaintiff, | |
| vs. | **STIPULATION OF PARTIES TO CONTINUE SENTENCING** |
| JIN YOUNG OH, | |
| Defendant. | |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, JIN YOUNG OH, by and through his attorney, Peter C. Perez, and hereby stipulate and request to reschedule the Sentencing currently set for Wednesday, April 23, 2008 approximately at least one (1) month thereafter to a date convenient to the Court.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

4-16-08
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

4-17-08
Date

PETER C. PEREZ
Attorney for Defendant