LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ) <br> JIN YOUNG OH, ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 05-00075 <br><br><br> **ORDER** |

Based on the Stipulation of Parties to Continue Sentencing, filed April 17, 2008, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the Sentencing be re-scheduled to May 28, 2008, at the hour of 9:30 a.m.

**So Ordered and nunc pro tunc to April 17, 2008.**

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Apr 21, 2008**