1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
3  Assistant U.S. Attorney
   Suite 500, Sirena Plaza
4  108 Hernan Cortez Street
   Hagåtña, Guam  96910
5  Telephone:  (671) 472-7332/7283
6  Telecopier:  (671) 472-7334

7  Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00075 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| JIN YOUNG OH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based on the parties' Motion to File Justification for Continuing the Sentencing Hearing Under Seal, filed April 21, 2008 , in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the Justification be filed under seal..

**So Ordered.**

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Apr 21, 2008**