LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY 21 2008 RD.

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JIN YOUNG OH,<br><br>Defendant. | CRIMINAL CASE NO. 05-00075<br><br>**STIPULATION OF PARTIES<br>TO CONTINUE SENTENCING** |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, JIN YOUNG OH, by and through his attorney, Peter C. Perez, and hereby stipulate and request to continue the Sentencing hearing currently set for May 28, 2008, to a date convenient to the Court sometime during June 3 - June 27, 2008, or after July 9, 2008. The parties make this request for the reason that Special Agent Michelle Jong of the Drug

//
//
//
//
//
//

Enforcement Administration, whom the government intends to call as a witness for sentencing, is scheduled to attend off-island training next week and returns the first week in June.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

5/20/08
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

5/21/08
Date

PETER C. PEREZ
Attorney for Defendant