LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00075 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JIN YOUNG OH, | ) | |
| Defendant. | ) | |

Based on the Stipulation of Parties to Continue Sentencing, filed May 21, 2008, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** Sentencing be re-scheduled to July 11, 2008, at the hour of 10:00 a.m.

**So Ordered.**

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: May 23, 2008**