LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Jin Young Oh*

FILED
DISTRICT COURT OF GUAM
JUL 10 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JIN YOUNG OH,<br><br>        Defendant. | CRIMINAL CASE NO. CR05-00075<br><br>**STIPULATION FOR CONTINUANCE OF SENTENCING HEARING** |

The parties herein stipulate to continuing the sentencing hearing currently set for July 11, 2008 to a date no earlier than thirty (30) days later. This continuance is requested by defense for the reasons stated in the Justification for continuing the sentencing hearing,

IT IS SO STIPUALTED this 10th day of July, 2008.

LUJAN AGUIGUI & PEREZ LLP

_____
**PETER C. PEREZ, ESQ.**
Attorneys for Defendant

LEONARD M. RAPADAS
UNITED STATES ATTORNEY
DISTRICT OF GUAM AND NMI

_____
**MARIVIC P. DAVID, ESQ.**
Assistant Attorney General

O-0006A/610-00A/0610/PCP/dmg

ORIGINAL