LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Jin Young Oh*

FILED
DISTRICT COURT OF GUAM
JUL 10 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JIN YOUNG OH,<br><br>    Defendant. | CRIMINAL CASE NO. CR05-00075<br><br>**JUSTIFICATION FOR CONTINUING THE SENTENCING HEARING** |

COMES NOW the Defendant, through his counsel, Peter C. Perez, and submits that the stipulation to continue the sentencing hearing, in the above captioned matter, is warranted, for the following reasons:

1. On May 3, 2007, the Defendant pleaded guilty pursuant to a Plea Agreement to Counts II and III of the Indictment, Importation of Methamphetamine Hydrochloride and Conspiracy to Distribute Methamphetamine Hydrochloride. In this Plea Agreement the Defendant agreed to waive speedy sentencing.

2. For the past week and a half, Counsel for the Defendant has been working on protracted contract negotiations and document preparation and Counsel must transmit draft documents on an expedited basis in order for the contract to consummate.

3. Counsel for the Defendant has also been preparing for a damages hearing which is scheduled to be heard on the same date as the sentencing hearing. The damages hearing involves expert preparation and testimony, and party testimony.

4. Counsel for the Defendant and for the government intend to discuss updated developments in this matter and other potential sentencing issues, however, respective counsels need additional time for this to occur due to prior scheduling conflicts between them.

5. Counsel for the Defendant has also needed to coordinate sentencing preparation meetings with the Defendant and with a translator regarding new developments in the case and potential new sentencing issues but, due to other matters, has been unable to coordinate this in advance of the currently set sentencing hearing.

This request for continuance is made in the interest of justice and for the reasons stated herein, which, it is submitted constitutes good cause for the continuance.

Respectfully submitted this 10th day of July, 2008.

LUJAN AGUIGUI & PEREZ LLP

By: /s/ Peter C. Perez

PETER C. PEREZ, ESQ.
*Attorneys for Defendant*

O-0006A/610-00A/0610/PCP/dmg

2

USA vs. Jin Young Oh;
Criminal Case No. CR05-00075
**Justification for Continuing the Sentencing Hearing**
(Filed Under Sealed)

Case 1:05-cr-00075    Document 91    Filed 07/10/2008    Page 2 of 2