1

**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
2   Pacific News Building, Suite 300
238 Archbishop Flores Street
3   Hagåtña, Guam 96910
Telephone (671) 477-8064/5
4   Facsimile (671) 477-5297

5   *Attorneys for Defendant Jin Young Oh*

6

### IN THE UNITED STATES DISTRICT COURT

7

### FOR THE DISTRICT OF GUAM

8

9   UNITED STATES OF AMERICA,      |   CRIMINAL CASE NO. CR05-00075

Plaintiff,

10

11   vs.      |   **ORDER GRANTING CONTINUANCE OF SENTENCING HEARING**

12   JIN YOUNG OH,

13   Defendant.

14

15   The Court having reviewed the Stipulation for Continuance of Sentencing Hearing and the

16   Justification for Continuing the Sentencing Hearing, IT IS HEREBY ORDERED that the

17   Sentencing Hearing currently set for July 11, 2008 at 10:00 a.m. is continued to September 18,

18   2008 at 9:30 a.m.

19   **SO ORDERED**.

20

21   **/s/ Frances M. Tydingco-Gatewood**
       **Chief Judge**
22   **Dated: Jul 10, 2008**

23

24

25

26

27

28